# ANTHONY L. RICCO
ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
—
TEL (212) 791-3919
FAX (212) 964-2926

tonyricco@aol.com

Steven Z. Legon
*Of Counsel*

December 6, 2019

BY E.C.F.
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Jesus Miguel Matos*, Docket. No. 18 Cr. 327 (JPO)

Dear Judge Oetken:

Defense counsel respectfully submits this letter motion requesting that the sentencing of the defendant, Jesus Miguel Matos, which is presently scheduled for December 18, 2019, be adjourned to Thursday, February 13, 2020, at 2:30 p.m.

This application is being submitted because defense counsel received the First Disclosure of the Presentence Investigation Report on Friday, November 22, 2019, and requires adequate additional time to draft and file a sentencing submission on behalf of the defendant, Jesus Miguel Matos. Additionally, counsel's trial schedule includes the E.D.N.Y. matter of *United States v. Donville Inniss,* 18 Cr. 134 (KAM), a complex international money laundering prosecution of the former Minister of Industry, Commerce and International Business of Barbados, which is scheduled for jury selection on January 6, 2020.

The government has been informed of counsel's intention to file this application and has no objection.

Thank you for your consideration of this application. If there are any questions, or if additional information is required, please contact counsel at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*

Anthony L. Ricco

Granted
So ordered: 12/6/2019

cc: A.U.S.A. Nicolas Roos (By E.C.F.)
A.U.S.A. Juliana Murray (By E.C.F.)
U.S.P.O. Jill Jefferies (By Email)

_____
J. PAUL OETKEN
United States District Judge