# ANTHONY L. RICCO

ATTORNEY AT LAW

NEW YORK, NEW YORK 10007

FAX (212) 964-2926

Steven Z. Legon
*Of Counsel*

20 Vesey Street • Suite 400

TEL

tonyricco@aol.com

> Granted.
> Sentencing is hereby adjourned to July 28, 2020, at 10:00 a.m.
> So ordered.
> April 23, 2020
>
> */s/ J. Paul Oetken*
> J. PAUL OETKEN
> United States District Judge

April 23, 2020

<u>BY E.C.F.</u>

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: ***United States v. Jesus Miguel Matos***, Docket. No. 18 Cr. 327 (JPO)

Dear Judge Oetken:

  Defense counsel respectfully submits this letter motion requesting that the sentencing of the defendant, Jesus Miguel Matos, which is presently scheduled for Tuesday, April 28, 2020, be adjourned for ninety days.

  This application is being made as a result of the Covid-19 pandemic, which has prevented defense counsel from meeting with the defendant, Jesus Miguel Matos, at the Westchester County Jail prior to sentencing, for the purpose of reviewing the Presentence Investigation Report (PSR) and obtaining information required to prepare the defendant's sentencing submission.

  Defense counsel has discussed this application with the government, which has no objection.

  Thank you for your consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

              Respectfully,

              *Anthony L. Ricco*
              Anthony L. Ricco

cc: A.U.S.A. Nicolas Roos (By E.C.F.)
   A.U.S.A. Juliana Murray (By E.C.F.)