# ANTHONY L. RICCO
### ATTORNEY AT LAW

20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007

TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

STEVEN Z. LEGON
*Of Counsel*

---

> Granted. The sentencing hearing is hereby adjourned to December 21, 2021, at 2:30 pm. The Court does not anticipate granting further extensions absent compelling circumstances.
> So ordered.
> 10/19/2021
>
> _____
> J. PAUL OETKEN
> United States District Judge

---

October 14, 2021

BY E.C.F.
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:  *United States v. Jesus Miguel Matos*, Docket No. 18 Cr. 327 (JPO)**

Dear Judge Oetken:

The above referenced matter is presently scheduled for sentencing on Friday, October 29, 2021, at 10:30 a.m. This letter is submitted to request a continuance of sentencing of at least 45 days, to a date in mid-December that is convenient with the court.

Defense counsel adopts the reasons set forth in our previous applications to the court, and submits this application as a result of the worldwide Covid-19 pandemic, and more recently, a tremendous workload and concerns related to the Delta variant. Additionally, defense counsel requires adequate additional time to submit Jesus Matos' sentencing recommendation to the court. As a result, Jesus Miguel Matos requests that the court continue his sentencing to a date in mid-December, 2021. Jesus Miguel Matos also requests his right to be physically present in court during his sentencing pursuant to Rule 43 of the Federal Rules of Criminal Procedure.

A.U.S.A. Nicolas Roos has been informed of defense counsel's intention to file this application, and has no objection on behalf of the government

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*

Anthony L. Ricco

ALR/jh

cc:  A.U.S.A. Nicolas Roos    (By E.C.F.)
     A.U.S.A. Juliana Murray  (By E.C.F.)