UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MIGUEL MATOS,<br>      Movant,<br><br>   -v-<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | 25-CV-3662 (JPO)<br><br>18-CR-327-3 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The Court is in receipt of Matos's 28 U.S.C. § 2255 motion filed on April 30, 2025, his various requests for extension of time, and his supplemental § 2255 motion filed on June 23, 2025, all of which are properly docketed.

  If Matos intends to file further supplemental materials in support of his § 2255 motion, he shall do so on or before August 18, 2025. The Government shall file an answer or other pleadings in response to the motion within thirty days from the date on which Matos's supplemental motion is docketed. Matos shall have thirty days from the date on which he is served with the Government's answer to file any reply.

  If Matos wishes to have documents relating to these proceedings delivered to Ms. Taisha Rodriguez Matos, he shall provide Ms. Matos's mailing address to the Court.

  The Clerk of the Court is directed to mail a copy of this Order and an additional copy of the previously mailed habeas package to Matos.

  The Clerk of the Court is directed to close the motions at ECF Nos. 6, 7, and 9 in 25-CV-3662, and the motions at ECF Nos. 107 and 108 in 18-CR-327-3.

  SO ORDERED.

1

2

Dated: July 2, 2025
      New York, New York

_____
J. PAUL OETKEN
United States District Judge