UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,
Plaintiff,

v.

Jesus Miguel Matos,
Defendant.

Criminal Docket No. 18-CR-327 (JPO)
Civil Docket No. 25-CV-3662 (JPO)

LIMITED WAIVER AND PROTECTIVE ORDER

Upon consideration of Defendant's motion, and good cause appearing, it is hereby:

ORDERED that because former counsel Kenneth Alan Paul is deceased, no testimony or affidavit may be obtained from him, and any references to his representation shall be limited to what is already reflected in the court record; and

ORDERED that the Government may inquire of surviving counsel, Anthony Ricco and Christine Delince, solely regarding:
1. Communications concerning the five-year and ten-year plea offers (2018–2019);
2. Advice provided to Defendant concerning those offers;
3. Defendant's ability to understand those offers, including his documented cognitive impairments and learning disabilities; and
4. The impact of prior counsel's illness and limited communication on Defendant's ability to evaluate those offers; and

ORDERED that no inquiry may be made into trial strategy, witness preparation, sentencing discussions unrelated to plea offers, or any other privileged matters not specified herein; and

ORDERED that any attempt to exceed the limited scope of this Order shall be prohibited.

SO ORDERED.

Dated: September, 15, 2025

New York, New York

The Clerk of the Court is directed to mail a copy of this Order to Matos.
The Clerk of Court is directed to close the motion at ECF No. 15 in 25-CV-3662.

_____
J. PAUL OETKEN
United States District Judge