UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MIGUEL MATOS,

                             Movant,

-v-

UNITED STATES OF AMERICA,

                             Respondent.

18-CR-327 (JPO)

25-CV-3662 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court is in receipt of Matos's request for the Court to accept his signed waiver of Attorney-Client Privilege without notarization, as the USP Lee Facility does not provide inmates with access to a notary public for legal filings of this kind. (ECF No. 16.)

    Matos's request is GRANTED.

    The Clerk of the Court is directed to mail a copy of this Order to Matos.

    SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                        J. PAUL OETKEN
                                  United States District Judge